TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071



LODGED ORIGINAL
RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. A01-085-02 CR(JKS) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |
| SHANE IAN PICKENS, | ) | |
| )58 | ) | |
| endant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On October 12, 2001, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against SHANE IAN PICKENS as judgment debtor, for

$0.00        criminal fines

$21,203.64   restitution

$300.00      special assessments

$21,503.64   JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

    $0.00     late-payment penalties per 18 U.S.C.
                § 3565(c)(2) and 18 U.S.C. § 3612

$1,844.90 accrued interest, and

$105.00    accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

    $50.00      which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    $23,403.54  ACTUALLY DUE on July 1, 2005, of which $21,203.64 is due on the judgment as entered and bears interest at the rate of 2.37% per annum in the amount of:

$1.37 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this ___ day of _____, 2005 at Anchorage, Alaska.

                                    IDA ROMACK
                                    Clerk of Court

**REDACTED SIGNATURE**

B
Deputy Clerk

No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

USMS